UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN ADAM DIXON,

        Plaintiff,

v.

ELIZABETH BERNS, et al.,

        Defendants.

Case No. C21-70 RSM-TLF

ORDER GRANTING VOLUNTARY DISMISSAL

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Curtis' motion to dismiss (Dkt. 19) is denied as moot;

(3) Plaintiff's motion for voluntary dismissal (Dkt. 22) and the stipulated motion to dismiss (Dkt. 23) are granted; and

(4) The Clerk is directed to send a copy of this Order to the parties.

Dated this 24th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING VOLUNTARY DISMISSAL - 1